An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MAJOR DUTCHWARD, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64163

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of driving under the influence. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.[1]

Appellant Major Dutchward, Jr., contends that the district court erred by denying his presentence motion to withdraw his guilty plea. We note that Dutchward has not provided the transcripts from the hearing on his motion. *See Thomas v. State*, 120 Nev. 37, 43 & n.4, 83 P.3d 818, 822 & n.4 (2004) ("Appellant has the ultimate responsibility to provide this court with 'portions of the record essential to determination of issues raised in appellant's appeal.'" (quoting NRAP 30(b)(3))). Based on the record that has been provided, we conclude that Dutchward fails to

_____

[1]District Judge Douglas Smith heard and decided Dutchward's motion to withdraw his guilty plea.

SUPREME COURT
OF
NEVADA

(O) 1947A

14 - 11467

demonstrate the district court abused its discretion by denying his motion, *see Woods v. State*, 114 Nev. 468, 475, 958 P.2d 91, 95 (1998), and we ORDER the judgment of conviction AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Valerie Adair, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A